H. J. Watson and Hettie J. Watson, his wife, Appellants, v. F. M. Mathews, Appellee.

An Appeal from the Circuit Court for Lake County.

Appeal dismissed on motion of counsel for the respective parties.

*T. G. Futch,* for Appellants;

*Bradley & Sims,* for Appellee.

---

George H. Earle, Junior, Appellant, v. Dade County, Florida, and the State of Florida, Appellees—Re, Validation of Tamiami Trail Highway Bonds.

An Appeal from the Circuit Court for Dade County.

Appeal dismissed on motion of counsel for the respective parties.

*Evans & Mershon,* for Appellant;

*A. B. & C. C. Small,* for Dade County;

*J. H. Swink,* State Attorney, for the State.

---

George H. Earle, Junior, Appellant, v. Dade County, Florida, and the State of Florida, Appellees—Re, Validation of General Highway Bonds.

An Appeal from the Circuit Court for Dade County.